```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES REEVES, III              :    CIVIL ACTION
                               :
        v.                     :
                               :
CITY OF PHILADELPHIA POLICE    :
DEPARTMENT, et al.             :    NO. 02-4428
```

ORDER

      AND NOW, this 17th day of September, 2002, counsel for defendant Vanessa Carter-Moragne having informed the Court that a criminal investigation of the defendant is pending, it is hereby ORDERED that:

      1. The Clerk shall TRANSFER this case to the Civil Suspense Docket until further Order of this Court; and

      2. Defense counsel shall report to the Court in writing every sixty days regarding the status of this action.

                            BY THE COURT:

                            _____
                            Stewart Dalzell, J.