```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES REEVES, III              :    CIVIL ACTION
                               :
          v.                   :
                               :
CITY OF PHILADELPHIA POLICE    :
DEPARTMENT, et al.             :    NO. 02-4428
```

ORDER

AND NOW, this 6th day of December, 2002, counsel for defendant Vanessa Carter-Moragne having informed the Court that the Commonwealth has closed its criminal investigation without filing any charges against her, it is hereby ORDERED that the Clerk of Court shall REMOVE this case from the civil suspense docket and RESTORE it to the Court's active docket.

                         BY THE COURT:


                         _____
                         Stewart Dalzell, J.