UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**STEWART DALZELL**

JUDGE

10613 United States Courthouse
Independence Mall West
Philadelphia, Pennsylvania 19106

267-299-7399

December 16, 2002

Frederick T. Lachat, Esq.
The Curtis Center - 4th Floor
Philadelphia, PA 19106

Ilene Schafer, Esq.
121 S. Broad St., Ste. 800
Philadelphia, PA 19107

Michael S. Blume, Esq.
One Parkway Bldg., 15th Fl.
Philadelphia, PA 19102-1595

Harold E. Vileto, Esq.
1515 Market St., Ste. 1802
Philadelphia, PA 19102

Lynne A. Sitarski, Esq.
Deputy City Solicitor
1515 Arch St., 14th Floor
Philadelphia, PA 19102

Re: C.A. No. 02-4428, Reeves v. City of Phila. Police Dept., et al.

Dear Counsel:

Judge Dalzell has set the referenced case for a Rule 16 conference at 3:00 p.m. on Friday, January 3, 2003, in his chambers.

As you will see from the enclosed Scheduling Policy Statement, Judge Dalzell allots between ten and twenty minutes for these conferences. You should review the Scheduling Policy Statement before completing the "Conference Information Report" enclosed with this letter. You should bring the Conference Information Report with you to the Rule 16 conference.

At the close of the conference, you will receive an Order from Judge Dalzell that will list firm dates for the completion of discovery, other pretrial submissions and trial that will be set at the conference.

Very truly yours,

Eileen Adler
Courtroom Deputy

ec