```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

JAMES REEVES, III                :   CIVIL ACTION
                                 :
        v.                       :
                                 :
CITY OF PHILADELPHIA POLICE      :
DEPARTMENT, et al.               :   NO. 02-4428

<u>ORDER</u>

AND NOW, this 3rd day of January, 2003, after a Rule 16 conference today, it is hereby ORDERED that:

1. The parties shall COMPLETE discovery by March 7, 2003;

2. By March 10, 2003, plaintiff shall FILE any stipulation as to the withdrawal of claims and REPORT on the status of the parties' good faith settlement discussions and ADVISE whether the Court's participation would be helpful; and

3. The Court shall issue another scheduling order, should it prove necessary, after considering plaintiff's report on the status of settlement discussions.

BY THE COURT:

_____
Stewart Dalzell, J.