```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES REEVES, III                :     CIVIL ACTION
                                 :
        v.                       :
                                 :
CITY OF PHILADELPHIA POLICE      :
DEPARTMENT, et al.               :     NO. 02-4428
```

<u>ORDER</u>

AND NOW, this 11th day of February, 2003, upon consideration of a proffered stipulation that plaintiff's counsel submitted to the Clerk of this Court upon a caption of the Court of Common Pleas of Philadelphia County (though bearing the names of the parties in this action), and such counsel therefore being apparently confused as to which Court or action she intends to file her stipulation, it is hereby ORDERED that the Clerk shall not docket the attached stipulation, but shall RETURN it to plaintiff's counsel.

                         BY THE COURT:


                         _____
                         Stewart Dalzell, J.