```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

JAMES REEVES, III              :    CIVIL ACTION
                               :
          v.                   :
                               :
VANESSA CARTER-MORAGNE et al. :    NO. 02-4428

<u>ORDER</u>

AND NOW, this 14th day of March, 2003, upon consideration of plaintiff's stipulation to dismiss defendant Imani Education Circle Charter School ("Imani"), which was recently filed with the "Prothonotary" [<u>sic</u>] of this Court (which has no such officer), and the Court finding that:

(a)  Although Reeves's stipulation does not so specify, it appears to dismiss defendant Imani pursuant to Fed. R. Civ. P. 41(a)[1] but does not comply with the Rule 41(a)'s requirement that, after the defendants have answered the complaint, a stipulation of dismissal must be signed by all parties who have appeared in the action;

(b)  We therefore dismiss defendant Imani pursuant to Fed. R. Civ. P. 41(b);

(c)  Reeves has also reported that he would be amenable to the Court's participation in reaching a settlement with defendant Vanessa Carter-Moragne;

It is hereby ORDERED that:

(1)  The Imani Education Circle Charter School is DISMISSED WITHOUT PREJUDICE as a defendant in this matter; and

---

1. We remind plaintiff's counsel that the Federal Rules of Civil Procedure have governed procedural matters in this Court since 1938.