```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

JAMES REEVES, III                : CIVIL ACTION
                                 :
           v.                    :
                                 :
VANESSA CARTER-MORAGNE et al.    : NO. 02-4428

ORDER

AND NOW, this 14th day of March, 2003, upon consideration of plaintiff's stipulation to dismiss defendant Imani Education Circle Charter School ("Imani"), which was recently filed with the "Prothonotary" [sic] of this Court (which has no such officer), and the Court finding that:

(a)  Although Reeves's stipulation does not so specify, it appears to dismiss defendant Imani pursuant to Fed. R. Civ. P. 41(a)[1] but does not comply with the Rule 41(a)'s requirement that, after the defendants have answered the complaint, a stipulation of dismissal must be signed by all parties who have appeared in the action;

(b)  We therefore dismiss defendant Imani pursuant to Fed. R. Civ. P. 41(b);

(c)  Reeves has also reported that he would be amenable to the Court's participation in reaching a settlement with defendant Vanessa Carter-Moragne;

It is hereby ORDERED that:

---

1. We remind plaintiff's counsel that the Federal Rules of Civil Procedure have governed procedural matters in this Court since 1938.

(1)   The Imani Education Circle Charter School is DISMISSED WITHOUT PREJUDICE as a defendant in this matter; and

(2)   A settlement conference shall CONVENE in Chambers (Room 10613) at 4:00 p.m. on Wednesday, March 19, 2003.

BY THE COURT:

_____
Stewart Dalzell, J.