IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES REEVES, III | : | CIVIL ACTION |
| v. | : | |
| VANESSA CARTER-MORAGNE et al. | : | NO. 02-4428 |

ORDER

AND NOW, this 21st day of March, 2003, upon consideration of plaintiff's motion requesting dismissal without prejudice of claims against the defendant City of Philadelphia pursuant to Fed. R. Civ. P. 41(a)(2) (docket entry # 17), it is hereby ORDERED that:

1. Plaintiff's motion is GRANTED; and

2. All claims against the City of Philadelphia in this matter are DISMISSED WITHOUT PREJUDICE.

BY THE COURT:

_____
Stewart Dalzell, J.