```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JAMES REEVES, III | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA POLICE | : | |
| DEPARTMENT, et al. | : | NO. 02-4428 |

<u>ORDER</u>

AND NOW, this 21st day of April, 2003, upon consideration of the petition for approval of minor's compromise (docket no. 19), and pursuant to Local R. Civ. P. 41.2, and the minor's compromise, being the result of this Court's mediation, being in this Court's view in all respects fair and reasonable and in the minor's best interest, and the allocation of that compromise being consistent with local practice, and otherwise being unobjectionable, it is hereby ORDERED that:

1. The petition is APPROVED;

2. The settlement proceeds shall be allocated as follows:

| | | |
|---|---|---|
| SETTLEMENT AMOUNT: | | $25,000.00 |
| Medical Records | $ 534.81 | |
| Filing Fees | 446.50 | |
| Court Reporter | 663.50 | |
| Investigation | 125.00 | |
| Dr. Andrea Miner-Isaacson | 375.00 | |
| TOTAL COSTS: | $ 2,144.81 | |
| Attorney Fee | $ 8,332.50 | |
| SUBTOTAL: | | <u>$10,477.31</u> |
| NET AMOUNT DUE MINOR PLAINTIFF: | | $14,522.69; |

3. The net sum payable to James Reeves, III, a minor, shall be deposited in a federally-insured savings account or

federally-insured savings certificate, to me marked "Not to be withdrawn until said minor reaches the age of 18, or without an Order from a Court of competent jurisdiction".[1]

                                  BY THE COURT:

                                  _____
                                  Stewart Dalzell, J.

---

1. The settlement with Althea Jacobs in the amount of $2,500.00 is not subject to this Court's approval under Local R. Civ. P. 41.2.