```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

JAMES REEVES, III              :     CIVIL ACTION
                               :
        v.                     :
                               :
VANESSA CARTER-MORAGNE et al. :      NO. 02-4428

<u>ORDER</u>

AND NOW, this 21st day of April, 2003, the Court having entered a Decree approving the parties' settlement of this case, it is hereby ORDERED that:

1.  This case is DISMISSED pursuant to Loc. R. Civ. P. 41.1(b); and

2.  The Clerk of Court shall CLOSE this case statistically.

                                BY THE COURT:


                                _____
                                Stewart Dalzell, J.