```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES REEVES, III, a minor      :   CIVIL ACTION
by his p/n/g ALTHEA JACOBS      :
                                :
          v.                    :
                                :
VANESSA CARTER-MORAGNE, et al.: NO. 02-4428
```

                                ORDER

AND NOW, this 12th day of October, 2006, upon consideration of the petition of Althea Jacobs, parent and guardian of James Reeves, III, a minor (document no. 22), in which she requests that this Court authorize the withdrawal of $2,000.00 from the minor's account opened, pursuant to this Court's Order, at Citizens Bank, and the Court accepting petitioner's representation that she "is unable to afford" a computer and printer which her son needs for school, and that her son "being an honor roll student" is reasonably in need of this technology for his education, it is hereby ORDERED that:

      1.   The petition is GRANTED; and

      2.   Althea Jacobs, as parent and guardian of James Reeves, III, is AUTHORIZED to withdraw $2,000.00 from the Citizens Bank Certificate of Deposit under Account No. 6241-498415, solely for the purchase of a computer and printer.

                              BY THE COURT:

                              /s/ Stewart Dalzell, J.