IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSEN SCHAFER & DIMEO, P.C.<br>BY: ILENE SCHAFER, ESQUIRE<br>IDENTIFICATION NO.: 34418<br>121 S. BROAD STREET<br>SUITE 800<br>PHILADELPHIA, PA 19107<br>(215) 864-9440 | *ATTORNEY FOR PLAINTIFF* |
| JAMES REEVES, III, a minor by his p/n/g<br>ALTHEA JACOBS<br><br>v.<br><br>VANESSA CARTER-MORAGNE, et al. | CIVIL ACTION<br><br>NO. 02-4428 |

## DECREE

AND NOW, this 1st day of July, 2008, upon consideration of the foregoing Petition for Release of Minor's Funds, it is hereby ORDRED and DECREED that Althea Jacobs is permitted to withdraw the sum of $2,545.00 from the Citizens Bank Certificate of Deposit under Account No. 6241-498415 for the registration and attendance at Camp Emagination.

BY THE COURT:

Eduardo C. Robreno   J.
as Emergency Judge for Stewart Dalzell, J.